**Mark A. Weisbart**
**Texas Bar No. 21102650**
**Kessler & Collins**
**5950 Sherry Lane, #222**
**Dallas, Texas 75225**
**Phone number: (214) 379-0790**
**Fax number: (214) 696-5455**
**CHAPTER 7 TRUSTEE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **YUN CHA SHERMAN,** | § | **CASE NO. 03-82682** |
| **WAYNE WINSLOW SHERMAN** | § | **Chapter 7** |
| | § | |
| **DEBTORS.** | § | |

| | | |
|---|---|---|
| | § | |
| **JONATHAN CHOI, ET AL** | § | |
| | § | |
| **PLAINTIFFS** | § | |
| | § | |
| **V.** | § | **ADV. NO. 04-3219** |
| | § | |
| **YUN CHA SHERMAN, ET AL** | § | |
| | § | |
| **DEFENDANTS** | § | |

**NOTICE OF CONTINUED TRIAL DATE**

Notice is hereby provided that the trial in this proceeding is continued to December 6, 2004, before the Honorable Barbara J. Houser, U.S. Bankruptcy Court, 1100 Commerce, Dallas, TX 75241.

All deadlines set forth in the alternative Scheduling Order shall run from the new Docket Call date.

Respectfully Submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
Kessler & Collins
5950 Sherry Lane, Suite 222
Dallas, Texas 75225
Phone number: (214) 379-0722
Fax number: (214) 696-5455
CHAPTER 7 TRUSTEE

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Continued Trial Date was served by first class United States mail, postage prepaid, upon the parties listed below on this the 3rd day of August, 2004.

Kichul Kim
Law Office of Kichul Kim
3010 LBJ Freeway, No. 725
Dallas, TX 75234

James Cunningham
Jim Cunningham & Associates, Inc.
6412 Sondra Dr.
Dallas, TX 75214

U.S. Trustee
1100 Commerce, Room 976
Dallas, TX 75242

/s/ Mark A. Weisbart
Mark A. Weisbart